IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JONATHAN LUTTRELL,

    Plaintiff,

vs.                                    Case No. 24-1105-STA-cgc
                                        JURY DEMANDED

HARDEMAN COUNTY, TENNESSEE,
GOVERNMENT

    Defendant.

**ORDER ON NOTICE OF SETTLEMENT**

On November 26, 2025, the parties filed a Notice of Settlement (ECF No. 53), reporting that they had reached an agreement to resolve their dispute. The parties also indicated that the Hardeman County Commission would need to approve the settlement. On December 2, 2025, the parties notified the Court that the Commission would take up the settlement at a special-called meeting on December 9, 2025. Local Rule 83.13(b) requires the parties to any civil action to promptly notify the presiding judge if they reach a settlement. The Rule then gives the parties 28 days to file a final stipulation or motion for dismissal. The Court finds that the parties have satisfied the notice of settlement required by Local Rule 83.13(b).

In Fair Labor Standards Acts cases, the parties must take the additional step of seeking court approval of any settlement agreement. A district court must scrutinize a proposed FLSA settlement for fairness and determine whether it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Steele v. Staffmark Invs., LLC*, 172 F. Supp. 3d 1024, 1026 (W.D. Tenn. 2016) (noting the circuit split over "whether settlements or stipulations of

dismissal for FLSA claims require court approval" and the fact that the "Sixth Circuit has yet to rule definitively on the question"). In this analysis, the Court examines three factors: (1) whether the settlement was achieved in an adversarial context, (2) whether the plaintiffs were represented by attorneys who can protect their rights and (3) whether the settlement reflects a fair and reasonable compromise of the issues in dispute. *Lynn's Food Stores*, 679 F.2d at 1354.

In the event the County Commission does not approve the settlement, the parties should notify the Court within 3 days of the special-called meeting. In the event the County Commission does approve the settlement, the parties' motion for approval of their settlement (or any request to extend the deadline to file a motion for approval) is due within 28 days of the special-called meeting.

**IT IS SO ORDERED.**

s/S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: December 3, 2025